# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         :
                                 :      Crim. No. 06-793 (WHW)
                                 :
v.                               :
                                 :      ORDER PERMITTING RETURN
                                 :      OF DEFENDANT'S PASSPORT
JOSEFINA ABREU,                  :
        Defendant.               :

AND NOW, this ___1___ day of __April__, 2009, upon the application of the defendant, Josefina Abreu, for an order permitting the return of her valid Dominican Republic passport, and with the consent of Probation, as per Dana Hafner, and the government, as per Andrew Kogan, having left this matter to the discretion of the Court, it is hereby ORDERED that this application be and hereby is GRANTED. It is further ORDERED that this passport be returned to her by Pre-Trial Services.

_____
William H. Walls